UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **CYNTHIA RUTHRAUFF,** individually and on behalf of all others similarly situated, <br><br> **Plaintiff,** <br><br> v. <br><br> **LUMINESS DIRECT, LLC**, a Texas limited liability company, <br><br> **Defendant and Third-Party Plaintiff,** <br><br> v. <br><br> **CRM Text Solutions, Inc.**, a California corporation, <br><br> **Third-Party Defendant.** | ) ) ) ) ) ) ) ) ) ) **CASE NO. 1:18-cv-00704-AT** ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Luminess Direct, LLC appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's May 31, 2019 Order denying Defendant Luminess Direct, LLC's Motion to Reconsider Order Denying Motion to Dismiss, and the Court's December 6, 2018 Order denying Defendant Luminess Direct LLC's Motion to Dismiss Plaintiff's Complaint, which requested this Court compel the matter to arbitration.

1

Respectfully submitted this 28th day of June, 2019.

    _/s/ James E. Singer_____
James E. Singer
Georgia Bar No. 649028
Eric Connelly
Georgia Bar No. 925182
BOVIS, KYLE, BURCH, & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, GA  30338
jes@boviskyle.com
econnelly@boviskyle.com

-and-

William E. Raney
Admitted *Pro Hac Vice*
Kellie Mitchell Bubeck
Admitted *Pro Hac Vice*
Copilevitz, Lam & Raney, P.C.
310 W. 20th Street, Suite 300
Kansas City, MO  64108
brainey@clrkc.com
kbubeck@clrkc.com

***Attorneys for Defendant Luminess Direct, LLC***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of June, 2019, I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will automatically send notifications to the following attorneys of record:

Jennifer Auer Jordan, Esq.
Shamp Speed Jordan Woodward LLC
1718 Peachtree Street, NW, Suite 600
Atlanta, GA 30309

Steven L. Woodrow, Esq.
Patrick H. Peluso, Esq.
Taylor T. Smith, Esq.
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210

Adam L. Hoipkeimier, Esq.
Epps, Holloway, Deloach & Hoipkemier, LLC
1220 Langford Drive, Building 200-101
Watkinsville, GA  30677

H. Zachary Balkin, Esq.
Balkin Law Group
474 Gilpin St.
Denver, CO  80218

Submitted this 28th day of June, 2019.

*/s/ Eric Connelly*
Eric Connelly
Georgia Bar No. 925182

***One of the Attorneys for Luminess Direct, LLC***