## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **CYNTHIA RUTHRAUFF,** individually and on behalf of all others similarly situated, | ) ) ) |
| | ) |
| **Plaintiff,** | ) ) |
| **v.** | ) ) ) |
| | ) **CASE NO. 1:18-cv-00704-AT** |
| **LUMINESS DIRECT, LLC**, a Texas limited liability company, | ) ) ) |
| **Defendant and Third-Party Plaintiff,** | ) ) ) |
| | ) |
| **v.** | ) ) |
| **CRM Text Solutions, Inc.**, a California corporation, | ) ) ) |
| | ) |
| **Third-Party Defendant.** | ) |

### FRAP 10 CERTIFICATE

COMES NOW, Luminess Direct, LLC and certifies that, pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), there was no transcript, and therefore no transcript will be ordered with respect to Luminess' appeal. Luminess further shows that the Clerk of Court has already certified and transmitted the record to the Eleventh Circuit Court of Appeals.

Respectfully submitted this 12th day of July, 2019.

_/s/ James E. Singer_____
James E. Singer
Georgia Bar No. 649028
Eric Connelly
Georgia Bar No. 925182
BOVIS, KYLE, BURCH, & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, GA  30338
jes@boviskyle.com
econnelly@boviskyle.com

-and-

William E. Raney
Admitted *Pro Hac Vice*
Kellie Mitchell Bubeck
Admitted *Pro Hac Vice*
Copilevitz, Lam & Raney, P.C.
310 W. 20th Street, Suite 300
Kansas City, MO  64108
brainey@clrkc.com
kbubeck@clrkc.com

**Attorneys for Defendant Luminess
Direct, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing ***FRAP 10 Certificate*** with the Clerk of Court using the CM/ECF system, which will automatically send notifications to the following attorneys of record:

Jennifer Auer Jordan, Esq.
Shamp Speed Jordan Woodward LLC
1718 Peachtree Street, NW, Suite 600
Atlanta, GA 30309

Steven L. Woodrow, Esq.
Patrick H. Peluso, Esq.
Taylor T. Smith, Esq.
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210

Adam L. Hoipkemier, Esq.
Epps, Holloway, Deloach & Hoipkemier, LLC
1220 Langford Drive, Building 200-101
Watkinsville, GA  30677

H. Zachary Balkin, Esq.
Balkin Law Group
474 Gilpin St.
Denver, CO  80218

Submitted this 12th day of July, 2019.

*/s/ Eric Connelly*_____
Eric Connelly
Georgia Bar No. 925182

***One of the Attorneys for Luminess Direct, LLC***