# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 20, 2019

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 19-12475-JJ
Case Style: Cynthia Ruthrauff v. Luminess Direct, LLC
District Court Docket No: 1:18-cv-00704-AT

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-12475-JJ

_____

CYNTHIA RUTHRAUFF,
individually and on behalf of all others similarly situated,

               Plaintiff - Appellee,

versus

LUMINESS DIRECT, LLC,
a Texas limited liability company,

               Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Luminess Direct, LLC's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective November 20, 2019.

         DAVID J. SMITH
   Clerk of Court of the United States Court
    of Appeals for the Eleventh Circuit

by:  Tiffany A. Tucker, JJ, Deputy Clerk

            FOR THE COURT - BY DIRECTION